DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ALVIN EARL BARROW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-06-185-GEB |
| Plaintiff, ) | |
| v. ) | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER ON EXCLUSION OF TIME** |
| ALVIN EARL BARROW, ) | |
| Defendant. ) | Date: May 25, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference previously set for May 18, 2007 be continued to May 25, 2007, and that time continue to be excluded for preparation of defense counsel.

The parties have reached an oral plea agreement, but need additional time to reduce it to writing, discuss it, and provide it to the Court.

For this reason, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial

Act may be excluded from the date of this order through May 25, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(iv)(Local Code T4).

```
                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender


DATED:  May 17, 2007                /s/ RACHELLE BARBOUR
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant


                                    McGREGOR SCOTT
                                    United States Attorney


DATED:  May 17, 2007                /s/ RACHELLE BARBOUR for
                                    WILLIAM WONG
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.** The previously set status conference is continued to May 25, 2007. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated:  May 18, 2007

```
                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```

2